1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBER
   LAURA D. WITHERS
3  MICHAEL G. TIERNEY
   Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6

7  Attorneys for Plaintiff
   United States of America
8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00015-DAD-BAM |
| Plaintiff, | |
| v. | SEALING REQUEST AND ORDER |
| MARIA LUISA MORENO, | |
| Defendant. | |

The United States of America, by and through its counsel of record, hereby moves to seal the attached exhibits to its Response in Opposition to Defendants' Motion to Revoke Order of Detention (Doc. 231), as they contain portions of the discovery in this case, which is subject to a protective order for good cause entered pursuant to Federal Rule of Criminal Procedure 16(d). (Doc. 74).

Dated: March 22, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
    LAURA D. WITHERS
    KAREN A. ESCOBAR
    Assistant United States Attorney

1

**O R D E R**

Having reviewed the motion of the United States consistent with the previously-entered protective order (Doc. 74) in this case, and for good cause shown,

IT IS SO ORDERED.

Dated: __**March 25, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE