Willard Bakeman
Attorney at Law
515 S. Euclid Street
Anaheim, CA 92802
760-583-0570

Attorney for Defendant
Maria Luisa Moreno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>MARIA LUISA MORENO<br>              Defendants. | Case No. 1:19-CR-00015-DAD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

      IT IS HEREBY STIPULATED by and between the defendant, MARIA LUISA MORENO, through her counsel of record, Willard Bakeman, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that defendant's conditions of release be modified from home incarceration to curfew.

      The parties agree that the CURFEW condition of section (l) of the Additional Conditions s of Release which reads:

      **HOME INCARCERATION**: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO.

be modified to:

**CURFEW**: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

In support of this stipulation the following is offered:

1. Defendant has been on pretrial release supervision for approximately 5 months.

2. Defendant has fully complied with the terms and conditions of her pretrial release, has maintained regular contact with pretrial services, and has provided appropriate documentation for approved activities.

3. Separate from her pretrial supervision, defendant is subject to GPS monitoring through Immigrations and Customs Enforcement.

4. The parties believe that the proposed modification is appropriate in light of defendant's performance on pretrial release.

5. United States Pretrial Services Officer, Frank Guerrero, is in agreement with the proposed modification.

IT IS SO STIPULATED.

Dated: August 8, 2019

        _SS//Willard Bakeman_____
        Willard Bakeman, attorney for defendant
        MARIA LUISA MORENO

Dated: August 8, 2019         /s/ LAURA WITHERS
        _____
        **LAURA WITHERS**
        Assistant United States Attorney

# ORDER

Good cause appearing, the conditions of release for defendant, MARIA LUISA MORENO, are modified as set forth in this stipulation.

IT IS SO ORDERED.

Dated: __August 12, 2019__

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE