IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA LUISA MORENO,<br><br>    Defendant. | Case No.: 1:19-cr-00015 DAD-BAM<br><br>ORDER OF RELEASE |

IT IS HEREBY ORDERED that defendant Maria Luisa Moreno having been found not guilty by verdict of the jury, shall be and is released from Pretrial Services supervision.

IT IS SO ORDERED.

Dated: **September 30, 2019**              *Dale A. Drozd*
                                           UNITED STATES DISTRICT JUDGE