UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA LUISA MORENO,<br><br>　　　　　　Defendant. | No.  1:19-cr-00015 DAD<br><br>**JUDGMENT OF ACQUITTAL** |

On September 30, 2019, following a jury trial, defendant Maria Luisa Moreno was found not guilty of the charges brought against her in Counts Three, Four and Five of the Indictment in this action.  This Judgment of Acquittal as to all counts in which defendant Moreno was charged is hereby entered *nunc pro tunc* to September 30, 2019.

IT IS SO ORDERED.

Dated:  **June 19, 2020**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1